**Order entered July 18, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01249-CV

**JAMES C. MORRIS, Appellant**

**V.**

**BRANCH BANKING AND TRUST COMPANY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12220**

## ORDER

We **GRANT** appellee's July 15, 2016 second motion to extend time to file its brief and

**ORDER** appellee's brief filed no later than July 20, 2016.

/s/      CRAIG STODDART
            JUSTICE